## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LARRY MCREYNOLDS,                      :           CIVIL ACTION
                                       :
              Plaintiff,               :
                                       :
         v.                            :
                                       :
CALVARY PORTFOLIO SERVICES             :
LLC,                                   :
                                       :
              Defendant.               :           No. 11-358

### ORDER

AND NOW, this 21st day of November, 2011, Plaintiff appearing pro se and, having

been granted leave to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS HEREBY ORDERED:

1.      On July 13, 2011, the Court entered an Order requiring Plaintiff to complete and

return USM-285 forms and copies of the Complaint for Defendant, and informed Plaintiff that

the United States Marshals Service would not serve the Complaint until all USM-285 forms were

received by the Clerk of Court, and that failure to provide the USM-285 forms within 120 days

from the date of the Order may result in the Complaint being dismissed or Defendant being

dismissed pursuant to Fed. R. Civ. P. 4(m).  (D.I. 5.)

2.      Plaintiff submitted incomplete USM-285 forms on July 28, 2011, and was

informed of the deficiency on the same date.  (D.I. 6.)

3.      To date, the required complete USM-285 forms have not been resubmitted by

Plaintiff.

    4.     The Complaint is DISMISSED without prejudice pursuant to Fed. R. Civ. P.

4(m).

BY THE COURT:

_____

Michael M. Baylson, U.S.D.J.

O:\DE Cases\11-358 McReynolds v. Calvary\McReynolds dismiss case.wpd